LEWIS P. JANOWSKY, State Bar No. 092735
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
T: 949.752.2911
F: 949.752.0953
rj@rjlaw.com
Elise@rjlaw.com

Attorney for Plaintiffs
DAVALAN SALES, INC.;
DAVALAN SALES, INC., dba
THE BANANA COMPANY

**MADE JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVALAN SALES, INC., a corporation; DAVALAN SALES, INC., a corporation dba THE BANANA COMPANY, CHOUMAS PRODUCE CO., INC., a corporation<br><br>Plaintiffs,<br><br>v.<br><br>BEVERLY WORLD INDUSTRIES, INC., a corporation dba CALIFORNIA SUPERMARKET, also dba CALIFORNIA MARKET, also dba NEW CALIFORNIA MARKET, also dba CALIFORNIA MARKET-BEVERLY; HYUN SOON RHEE, aka HYUN SOON OH, an individual; HYUN SOON RHEE, as Trustee of the RICHARD RHEE TRUST; HYUN SOON RHEE, as Trustee of the STEPHANIE RHEE TRUST aka STEFFANY RHEE TRUST; DAVID RHEE, an individual; DAVID RHEE, as Trustee of the DAVID RHEE TRUST; JOYCE H. KIM, aka JOYCE H. OH, aka JOY H. KIM, aka JOY HYUN KIM OH, an individual; | Case No.  CV10-6114  GW (RCx)<br><br>**JUDGMENT AGAINST DEFENDANTS AND EACH OF THEM** |

09-350 /                                      1

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

RICHARD SUNG RHEE, an individual,

     Defendants.

  Having read and considered the Parties' Stipulation For Entry Of Judgment Against Defendants BEVERLY WORLD INDUSTRIES, INC., a corporation, d/b/a CALIFORNIA SUPERMARKET, also d/b/a NEW CALIFORNIA MARKET, also d/b/a CALIFORNIA MARKET-BEVERLY; HYUN SOON RHEE, DAVID RHEE, JOYCE H. KIM, RICHARD SUNG RHEE and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefor,

  JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs DAVALAN SALES, INC., a corporation, DAVALAN SALES, INC., a corporation d/b/a THE BANANA COMPANY, and CHOUMAS PRODUCE, INC., a corporation, and against Defendants BEVERLY WORLD INDUSTRIES, INC., a corporation d/b/a CALIFORNIA SUPERMARKET, also d/b/a CALIFORNIA MARKET, also d/b/a NEW CALIFORNIA MARKET, also d/b/a CALIFORNIA MARKET-BEVERLY; HYUN SOON RHEE, aka HYUN SOON OH, an individual; HYUN SOON RHEE, as Trustee of the RICHARD RHEE TRUST; HYUN SOON RHEE, as Trustee of the STEPHANIE RHEE TRUST aka STEFFANY RHEE TRUST; DAVID RHEE, an individual; DAVID RHEE, as Trustee of the DAVID RHEE TRUST; JOYCE H. KIM, aka JOYCE H. OH, aka JOY H. KIM, aka JOY HYUN KIM OH, an individual; RICHARD SUNG RHEE, an individual, jointly and severally, in the following amounts:

  1. DAVALAN SALES, INC.

    A. Principal: $68,479.90

    B. Finance Charges: $2,215.39 calculated at the rate of 1.5% per month (18% annually) from the date each payment became due through August 26, 2010.

////

09-350 /         2

2. DAVALAN SALES, INC. d/b/a THE BANANA COMPANY

    A. Principal: $14,536.60

    B. Finance Charges: $382.72 calculated at the rate of 1.5% per month (18% annually) from the date each payment became due through August 26, 2010.

3. CHOUMAS PRODUCE CO., INC.

    A. Principal: $33,019.00

    B. Finance Charges: $564.52 calculated at the rate of 1.5% per month (18% annually) from the date each payment became due through August 26, 2010.

Plaintiffs are further entitled to recover reasonable attorneys' fees pursuant to written agreement between the parties in the sum of $5,766.25 and costs in the amount of $350.00.

Plaintiffs are further entitled to recover finance charges at the contractual rate of 18% per annum from and after August 27, 2010 on all unpaid principal sums due until fully paid.

All judgment amounts qualify for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*],

The Clerk shall enter judgment forthwith.

DATED: September 3, 2010

                                          */s/ George H. Wu*
                                          HON. GEORGE H. WU,
                                          U.S. DISTRICT COURT JUDGE